UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>DAWN M. WOY n/k/a DAWN WOY FLASHER<br>Defendant | Civil Action No: 16-01894 |

**DEFAULT**

AND NOW, this 12th day of Dec, 2016, default is hereby entered against defendant, DAWN M. WOY n/k/a DAWN WOY FLASHER for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting
_____
Clerk, U.S. District Court

_____
Deputy Clerk