U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN  
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 16-01894 |
| DEFENDANT | TYPE OF PROCESS |
| Dawn M. Woy n/k/a Dawn Woy Flasher | Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Dawn M. Woy n/k/a Dawn Woy Flasher

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
708 Main Street, Mapleton PA 17052

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.  
701 Market  
Suite 5000  
Philadelphia, PA 19106

Number of process to be served with this Form 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Minimum Bid: $1,000.00

Sale: April 26, 2017 at 11:00 a.m.    Huntingdon County Courthouse - 223 Penn Street, Huntingdon PA 16652

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: 215-627-1322  
DATE: 2/25/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 67 | No. 67 | [signature] DAFC | 2/25/17 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED  
HARRISBURG, PA  
MAY - 2 2017  
[initials]

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4/26/2017   Time: 11:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $292.50 | 25.16 | | $317.66 | | $317.66 |

REMARKS: 1 DUSM 4½ hours. 148 miles round trip.

DISTRIBUTE TO:  
1. CLERK OF THE COURT  
2. USMS RECORD  
3. NOTICE OF SERVICE  
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 11/13

# BIDDERS REGISTRATION FORM

(PLEASE PRINT NEATLY)

NAME: J Gordon Gainer LLC

ADDRESS: 2938 Columbia Ave. Suite 1402
Lancaster, PA 17601

PHONE (DAY): 717-471-9017

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

J Gordon Gainer LLC

THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED

U. S. Department of Justice

United States Marshals Service

Middle District of Pennsylvania

Scranton, PA 18501

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION: _____

I, _Rudolph Olshenske_, a Deputy U. S. Marshal for the Middle District of Pennsylvania, sold the property located at: _708 Main St. Mapleton, PA 17052_.
The public sale was held on _4/26/2017_ and the highest bidder was: _J. Gordon Gainer LLC_, who bid the amount of $_26,000.00_.

_____
Deputy U.S. Marshal
Middle District PA