# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CIVIL ACTION NO. 1:16-CV-1894 |
| **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
| v. : | |
| **DAWN M. WOY n/k/a DAWN WOY** : | |
| **FLASHER**, : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 30th day of November, 2017, upon consideration of plaintiff's application for distribution of proceeds (Doc. 15) from the sale of real property located at 708 Main Street, Mapleton Depot, PA 17052, and of the order of court dated October 20, 2017 (Doc. 14), confirming the sale of that property, it is hereby ORDERED that said motion (Doc. 15) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 15).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania